# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SELENA A. SCOTT, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BANK OF AMERICA, *et al.*, | : | NO. 13-987 |
| Defendants. | : | |

## ORDER

**AND NOW**, this 21st day of November, 2013, upon consideration of the Motion to Dismiss filed by Defendant Cavalry SPV I, LLC (Docket No. 25, 26), the Motion to Dismiss filed by Defendants Bank of America, Bank of America Consumer Credit, and Bank of America Funding LLC (Docket No. 32), the Plaintiff's Opposition thereto (Docket No. 35), Cavalry's Reply (Docket No. 36), and supplemental briefing (Docket Nos. 38, 39, 40), and following oral argument on October 21, 2013, it is hereby **ORDERED** that the Motions (Docket Nos. 25, 32) are **GRANTED**. Plaintiff's Amended Complaint is **DISMISSED**. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge